**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ESSEX LOCAL PBA #382, et al., | CIVIL ACTION NO. 13-6648 (JLL) |
| Plaintiffs, | **O P I N I O N** |
| v. |  |
| COUNTY OF ESSEX, |  |
| Defendant. |  |

**LINARES, District Judge**

**THE COLLECTIVE NEGOTIATING UNIT** for certain correctional officers brought this action concerning alleged violations of the Fair Labor Standards Act (hereinafter, "FLSA"). (See dkt. 9.)[1] The correctional officers allege that they were not paid for the compensable time for attending medical treatment appointments that were mandated and scheduled by the defendant employer, County of Essex. (Id.)

**THE PARTIES** now jointly move for: (1) the certification of this action as a collective action under the FLSA for the purposes of settlement; (2) the approval of the settlement of the dispute in the amount of $200,000; (3) the approval of the Notice of Settlement, and the Claim and Opt-In Form; and (4) the approval of the attorneys' fees and costs sought by the plaintiffs' counsel in the amount of $85,000. (See dkt. 32.) The

---

[1] The Court will refer to documents by the docket entry numbers and the page numbers imposed by the Electronic Case Filing System.

Court will resolve the motion upon a review of the papers and without oral argument. See L.Civ.R. 78.1(b).

**THE PARTIES** have demonstrated through their submissions in support of the joint motion, to which the Court has received no objections, that: (1) the action should be certified as a collective action under the FLSA for the purposes of settlement; (2) the terms and the amount set forth in the Settlement Agreement should be approved; (3) the Notice of Settlement and the Claim and Opt-In Form should be approved; and (4) the amount of the attorneys' fees and costs sought by the plaintiffs' counsel should be approved.  (See dkt. 32-1; dkt. 32-2; dkt. 32-3.)  See Davis v. Essex County, No. 14-1122, 2015 WL 7761062, at *1–5 (D.N.J. Dec. 1, 2015).  Therefore, the Court will grant the motion.

**THE COURT** will enter an appropriate order and judgment.

_____
JOSE L. LINARES
United States District Judge

**Dated:** October \_\_4\_\_ , 2016